UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

SARA L. FOX,                                    )
                                                )
                        Plaintiff,              )
                                                )
v.                                              )          **JUDGMENT**
                                                )
                                                )          No. 7:12-CV-354-FL
LELAND VOLUNTEER FIRE/RESCUE                    )
DEPARTMENT, INC. and JOHN                       )
GRIMES, in his individual and official          )
capacities as Chief of the Department,          )
                                                )
                        Defendants.             )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 11, 2015, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on March 11, 2015, and Copies To:**

Michael R. Willats (via CM/ECF Notice of Electronic Filing)
Sara L. Faulman  (via CM/ECF Notice of Electronic Filing)
M. Travis Payne (via CM/ECF Notice of Electronic Filing)
Paul H. Derrick (via CM/ECF Notice of Electronic Filing)
Melody Jewell Jolly (via CM/ECF Notice of Electronic Filing)


March 11, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk