THE UNITED STATES DISTRCT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARA L. FOX | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **LELAND VOLUNTEER FIRE/** | ) | |
| **RESCUE DEPARTMENT, INC.** | ) | **C.A. No. 7:12-cv-00354-FL** |
| | ) | |
| **AND** | ) | |
| | ) | |
| **JOHN GRIMES, in his individual** | ) | |
| **and official capacities as Chief of** | ) | |
| **the Department** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## PARTIES' STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with this

Court's Order of November 10, 2016, and subsequent orders extended the deadline, the parties

affirm that the Settlement Agreement has been consummated and jointly stipulate to the

dismissal of this action with prejudice.

Respectfully submitted,


/s/ Sara L. Faulman _____
Sara L. Faulman
WOODLEY & McGILLIVARY LLP
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C. 20005
slf@wmlaborlaw.com
Phone: (202) 833-8855
Fax:    (202) 452-1090

/s/ Paul H. Derrick_____
Paul H. Derrick
N.C. Bar No. 27366
5540 Centerview Drive
Suite 200
Raleigh, NC 27606
Phone: (919) 424-3850
Fax:    (919) 786-9662

*Counsel for Defendants*

M. Travis Payne
Attorney for Plaintiff
Edelstein & Payne,
315 East Jones Street
Raleigh, NC 27601
Tel:  (919) 828-1456
Fax: (919) 828-4689
eandp@mindspring.com
State Bar No.  8452
Local Civil Rule 83.1 Counsel

*Counsel for Plaintiff*


January 31, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that today a copy of the foregoing was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including:

Sara L. Faulman at slf@wmlaborlaw.com
M. Travis Payne at eandp@mindspring.com
Paul Derrick at fmglaw.com

This 31st day of January 2017                    /s/ Sara L. Faulman
                                                 Sara L. Faulman